

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 2 0 2015

CHRISTOPHER A. PRINE
CLERK

FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 2 0 2015

CHRISTOPHER A. PRINE
CLERK



PLEASE SIGN AND RETURN TO SHOW RECEIPT:

DATE RECEIVED: 2-18-15

RECEIVED BY: Teresa Black

YOUR TITLE: District Clerk

Freestone _____ COUNTY, TEXAS

RETURN BY MAIL OR FAX TO:

1ST COURT OF APPEALS

301 FANNIN STREET
HOUSTON, TX 77002-2066
PHONE:   (713) 274-2700
FAX:     (713) 755-8131

# FIRST COURT OF APPEALS
## 301 Fannin
## Houston, Texas 77002

To: Janet Chappell                                    February 13, 2015

County: Freestone (Civil)

Subject: ISSUANCE OF MANDATES

Please acknowledge the receipt of mandates on the enclosed copy and return to this Court. In addition, as required by Texas Government Code, Sec 51.204 (d)(e), we will destroy all records filed, no earlier than six (6) years (in civil cases), and twenty-five (25) years (in criminal cases)  where allowed by statute, from this date.

| 01-12-00346-CV | BP Automotive LP d/b/a Bossier Dodge v. RLJ-McLarty_Landers Automotive Group | 10030B1 |
|---|---|---|

**TERESA BLACK**

Office of the District Clerk
Freestone County
P.O. Box 722
Fairfield, TX 75840
RETURN SERVICE REQUESTED



U.S. POSTAGE >> PITNEY BOWES

ZIP 75840 $ 000.48
02 1W
0001370774 FEB 18 2015



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 2 0 2015

CHRISTOPHER A. PRINE
CLERK

1st Court of appeals
301 Fannin Street
Houston, A 77022-2064

7700282066